# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

MARY I. HEIDEN,                          )              4:13CV3118
                                         )
          Plaintiff,              )
   v.                                   )              **ORDER**
                                         )
CAROLYN W. COLVIN,                       )
Acting Commissioner of the               )
Social Security Administration,          )
                                         )
          Defendant.              )


IT IS ORDERED that Plaintiff's motion to proceed in forma pauperis (filing 2) is granted, and, accordingly, that Plaintiff shall be allowed to proceed without payment of the filing fee.


     June 14, 2013.                          BY THE COURT:

                                         *Richard G. Kopf*
                                     Senior United States District Judge